IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOHN JONES PLAINTIFF

v. Case No. 2:17-cv-00161-KGB

GEMINI CAPITAL GROUP, LLC, and
LAW OFFICES OF ALLEN and WITHROW DEFENDANTS

### ORDER

Before the Court is plaintiff John Jones' motion to dismiss (Dkt. No. 16). Mr. Jones seeks dismissal with prejudice of this action (*Id.*). Mr. Jones submits that the parties have agreed to a settlement and that there are no facts or issues for the Court to adjudicate (*Id.*). For good cause shown, the Court grants the motion. Mr. Jones' claims are dismissed with prejudice.

So ordered this 21st day of March, 2018.

_____
Kristine G. Baker
United States District Judge